IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE S. WICK,
    Plaintiff,

vs.                                             Case No.: 3:10cv358/MCR/EMT

CITIGROUP, INC., et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This matter is before the court on the Notice of Settlement and Motion for Order of Dismissal of Diamond Bank F.S.B. (Doc. 122). According to the notice, Plaintiff Lawrence Wick and Defendant Diamond Bank F.S.B. ("Diamond"), have reached a settlement on all claims between them in this matter (*id.*). These parties now request that Plaintiff's claims against Defendant Diamond be dismissed with prejudice, and without the assessment of costs and attorneys' fees as the parties have agreed to bear their respective attorneys' fees and costs. Plaintiff's claims against the remaining Defendants are not affected by this dismissal.

        Accordingly, it is respectfully **RECOMMENDED** that:

        1. Defendant's Notice of Settlement and Motion for Order of Dismissal of Diamond Bank F.S.B. (Doc. 122) be **GRANTED** and that Plaintiff's claims against Defendant Diamond Bank F.S.B. be **DISMISSED with prejudice**.

        2. In the event settlement is not consummated for any reason, that the court reserve the power, upon motion filed by any party within **sixty (60) days** after the date of an order adopting this Report and Recommendation, to amend, alter or vacate and set aside the order of dismissal.

        **DONE AND ORDERED** this 31st day of March 2011.

                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).