**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LAWRENCE S. WICK,
    Plaintiff,

v.                                                       Case No.: 3:10cv358/MCR/EMT

CITIGROUP, INC., et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 31, 2011.  (Doc. 123).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Now, having fully considered the record and the Report and Recommendation, the court determines that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendant's Notice of Settlement and Motion for Order of Dismissal of Diamond Bank F.S.B. (doc. 122) is **GRANTED** and Plaintiff's claims against Defendant Diamond Bank F.S.B. are **DISMISSED with prejudice**.

    3.    In the event settlement is not consummated for any reason, the court shall reserve the power, upon motion filed by any party within **sixty (60) days** after the date of an order adopting the Report and Recommendation (doc. 123), to amend, alter or vacate and set aside the order of dismissal.

    **DONE AND ORDERED** this 2nd day of May, 2011.

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS
                                                      UNITED STATES DISTRICT JUDGE**