UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE S. WICK,
    Plaintiff,

v.                                      Case No. 3:10cv358/MCR/EMT

CITIGROUP, INC., et al.
    Defendants.
_____/

## O R D E R

This case is before the Court on the Chief Magistrate Judge's Report and Recommendation dated May 29, 2018 (ECF No. 317). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a <u>de novo</u> determination of the timely filed objections filed by Plaintiff, ECF No. 319, and the response in opposition to Plaintiff's objection, filed by Defendants Diana N. Athanasopoulos and Pierce & Associates, P.C., ECF No. 320.[1]

Having considered the Report and Recommendation, and all objections and responses, the Court has determined that the Report and Recommendation should be

---

[1] The Court notes that on June 6, 2018, Plaintiff voluntarily dismissed Defendants Citigroup, Inc.; Citibank, N.A.; Bank of America Corp.; Mortgage Electronic Registration Systems, Inc.; and Merscorp., Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 318.

adopted. The objections are overruled. The Court finds that the Chief Magistrate Judge correctly recited the background and applicable standard of review, adequately explained why renewal of the motions to dismiss was appropriate, and considered the relevant law. The Court finds no error of law and finds the objections are without merit also for the reasons stated in the response in opposition to the Plaintiff's objections, ECF No. 320.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order as to Defendants Pierce & Associates, P.C., and Diana N., Athanasopoulos. All other remaining Defendants have been dismissed by Plaintiff's voluntary dismissal and operation of Rule 41(a)(1)(A)(i), ECF No. 318.

2. Defendants' Renewed Motion to Dismiss (ECF No. 291) is **GRANTED**.

3. All other pending motions are **DENIED** as moot.

4. Judgment shall be entered accordingly and this case closed.

**DONE AND ORDERED** this 27th day of June 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:10cv358/MCR/EMT